IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTINE M. AVERY**                                                           **PLAINTIFF**

**v.**                        **Case No: 4:23-cv-00102 KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                            **DEFENDANT**

## ORDER

Before the Court is plaintiff Christine M. Avery's motion for award of attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 15). Ms. Avery requests an award of attorney fees in the amount of $8,530.50 under the EAJA (*Id.*, at 1). The Commissioner has responded and does not object to an award of reasonable attorney fees pursuant to the EAJA in the amount of $8,530.50 (Dkt. No. 17, at 1).

For good cause shown, the Court grants Ms. Avery's motion (Dkt. No. 15). After review of the record, the Court finds that the hours spent by counsel were reasonable. The Court approves attorney's fees of $8,530.50. The EAJA fee award shall be made payable to Ms. Avery in the care of and mailed to her counsel but subject to any offset to satisfy any pre-existing debt owed by Ms. Avery to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that an award of fees under the EAJA is payable to the litigant and is therefore subject to a government offset to satisfy the litigant's pre-existing debt to the United States). The Commissioner shall certify this award.

So ordered this 26th day of January, 2026.

                                                         Kristine G. Baker
                                                        Chief United States District Judge